**Order entered June 4, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-01255-CR
No. 05-18-01257-CR

**CHRISTOPHER LEE WHALEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-60638-S & F13-70117-S**

## ORDER

Before the Court is appellant's May 31, 2019 third motion for extension of time to file his brief. Appellant tendered his brief on June 3, 2019. In light of this, we **GRANT** the motion and **ORDER** appellant's brief filed as of the date of this order.

/s/    BILL PEDERSEN, III
       JUSTICE